1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    KEVIN M. HAMLETT et al,

11                    Plaintiffs,

12          v.

13    DEBRA L STEPHENS et al.

14                    Defendants.

CASE NO. C11-5785-RBL-JRC

ORDER ADOPTING A REPORT
AND RECOMMENDATION TO
DENY IN FORMA PAUPERIS
STATUS AND DISMISS WITHOUT
LEAVE TO AMEND

15

16          The Court having reviewed the Report and Recommendation of the Hon. J.

17    Richard Creatura, United States Magistrate Judge, objections to the Report and

18    Recommendation, if any, and the remaining record, does hereby find and Order:

19          (1)    The Court adopts the Report and Recommendation;

20          (2)    Plaintiff's motion to proceed in forma pauperis is DENIED.

21          (3)    Plaintiff does not have a right to proceed in state court with any civil

22                 claim without payment of the filing fee simply because he is
                   indigent. The state court, like the district court, has discretion in

23                 deciding to grant or deny in forma pauperis status in a civil case that
                   does not challenge a person's conviction or sentence.

24

ORDER ADOPTING A REPORT AND
RECOMMENDATION TO DENY IN FORMA
PAUPERIS STATUS AND DISMISS WITHOUT
LEAVE TO AMEND - 1

(4)    Amendment of the complaint will not cure the defect. Plaintiff
       simply does not have an absolute right to proceed in forma pauperis
       on his claims.  Further, plaintiff does not have leave to proceed on
       appeal in forma pauperis.

(5)    This dismissal counts as a strike pursuant to 28 U.S.C. § 1915 (e) and (g).

DATED this 4th day of November, 2011.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION TO DENY IN FORMA
PAUPERIS STATUS AND DISMISS WITHOUT
LEAVE TO AMEND - 2