UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN M. HAMLETT et al,

    Plaintiffs,

 v.

DEBRA L STEPHENS et al.

    Defendants.

CASE NO. C11-5785-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION TO DENY IN FORMA PAUPERIS STATUS AND DISMISS WITHOUT LEAVE TO AMEND

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motion to proceed in forma pauperis is DENIED.

(3)   Plaintiff does not have a right to proceed in state court with any civil claim without payment of the filing fee simply because he is indigent. The state court, like the district court, has discretion in deciding to grant or deny in forma pauperis status in a civil case that does not challenge a person's conviction or sentence.

ORDER ADOPTING A REPORT AND
RECOMMENDATION TO DENY IN FORMA
PAUPERIS STATUS AND DISMISS WITHOUT
LEAVE TO AMEND - 1

(4) Amendment of the complaint will not cure the defect. Plaintiff simply does not have an absolute right to proceed in forma pauperis on his claims. Further, plaintiff does not have leave to proceed on appeal in forma pauperis.

(5) This dismissal counts as a strike pursuant to 28 U.S.C. § 1915 (e) and (g).

DATED this 4th day of November, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND RECOMMENDATION TO DENY IN FORMA PAUPERIS STATUS AND DISMISS WITHOUT LEAVE TO AMEND - 2